IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**SHANNON BARLOW DOUGHTY**                                        **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 5:17-CV-43-KS-MTP**

**NATCHEZ-ADAMS SCHOOL
DISTRICT and MISSISSIPPI
DEPARTMENT OF EDUCATION**                               **DEFENDANTS**

## ORDER

On July 28, 2017, Defendant Mississippi Department of Education ("Movant") filed its Motion to Dismiss for Lack of Jurisdiction [9]. Plaintiff Shannon Barlow Doughty ("Respondent") has until on or before **August 11, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **August 18, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the \_\_31st\_\_\_ day of July, 2017.

                                                              \_\_\_s/Keith Starrett_____
                                                              KEITH STARRETT
                                                               UNITED STATES DISTRICT JUDGE