**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**SHANNON BARLOW DOUGHTY**                                        **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO. 5:17-CV-43-KS-MTP**

**NATCHEZ-ADAMS SCHOOL**
**DISTRICT and MISSISSIPPI**
**DEPARTMENT OF EDUCATION**                                    **DEFENDANTS**

## ORDER

On August 7, 2017, Defendant Natchez-Adams School District ("Movant") filed its Motion to Dismiss [13]. Plaintiff Shannon Barlow Doughty ("Respondent") has until on or before **August 21, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **August 28, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the ___7th___ day of August, 2017.

                                                                         ___s/Keith Starrett_____
                                                                         KEITH STARRETT
                                                                         UNITED STATES DISTRICT JUDGE